**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000665**
**11-MAY-2026**
**07:50 AM**
**Dkt. 75 SO**

NO. CAAP-24-0000665

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIAM J. COWARD, Appellant-Appellant,
v.
DIRECTOR OF DEPARTMENT OF CUSTOMER SERVICES,
CITY AND COUNTY OF HONOLULU, Appellee-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-24-0000708)

### SUMMARY DISPOSITION ORDER
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

William J. **Coward** asked the **City** and County of
Honolulu's Department of Customer Services (**DCS**) for duplicate
certificates of ownership for five motor vehicles.  The City
denied his requests.  Representing himself, he filed a notice of
appeal under Hawaii Revised Statutes (**HRS**) § 286-58.  The notice
of appeal described only a 1989 Cadillac and its vehicle
identification number (**VIN**).  The District Court of the First
Circuit, Honolulu Division, granted the appeal for the Cadillac.[1]

Coward moved for reconsideration.  He wanted duplicate
ownership certificates for all five cars, not just the Cadillac.
The district court orally denied the motion.[2]  Coward appealed.
We temporarily remanded for entry of a written order denying
reconsideration.  The **Order** *Denying Appellant William J. Coward's*

---

[1]     The Honorable Alvin K. Nishimura presided.

[2]     The Honorable Miriah E. Holden presided.

*Motion for Reconsideration or New Trial* was entered on April 27, 2026.

Denial of a motion for reconsideration is reviewed for abuse of discretion. <u>Amfac, Inc. v. Waikiki Beachcomber Inv. Co.</u>, 74 Haw. 85, 114, 839 P.2d 10, 26 (1992).

HRS § 286-58 (2020) allows an appeal from a DCS decision. The notice of appeal must contain "a description of the motor vehicle involved, with the serial or motor number or both, if available." Coward's notice of appeal provided the description and VIN for the Cadillac; it did not describe or provide the VIN for any other vehicle. The district court thus acted within its discretion by denying Coward's motion for reconsideration.

The April 27, 2026 *Order Denying Appellant William J. Coward's Motion for Reconsideration or New Trial* is affirmed.

DATED: Honolulu, Hawaiʻi, May 11, 2026.

On the briefs:

William J. Coward,
self-represented
Appellant-Appellant.

Dana M.O. Viola,
Corporation Counsel,
Gabriele V. Provenza,
Deputy Corporation Counsel
for Appellee-Appellee.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge